NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0600
     Facsimile: (213) 894-0141
     E-mail:    Roger.Hsieh@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-00638-PSG |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING DATE |
| v. | |
| ALEXANDER TORO HERNANDEZ, | **CURRENT SENTENCING DATE:** April 29, 2019 at 10:00 a.m. |
| Defendant. | **[PROPOSED] SENTENCING DATE:** July 29, 2019 at 10:00 a.m. |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Roger A. Hsieh, and defendant ALEXANDER TORO HERNANDEZ ("defendant"), by and through his counsel of record, Victor Sherman, hereby stipulate as follows:

1.   The Indictment in this case was filed on October 6, 2017, charging defendant with distribution of heroin in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(i) (Count One) and possession with

intent to distribute heroin in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(i) (Counts Two and Three).

2. Defendant was detained pending trial.

3. On November 7, 2018, defendant pleaded guilty to Count Three of the Indictment, and the Court set a sentencing date of April 1, 2019, at 10:00 a.m.

4. On March 13, 2019, the Court continued the sentencing date to April 29, 2019, at 10:00 a.m.

5. By this stipulation, the parties move to continue the sentencing date to July 29, 2019, at 10:00 a.m., so that the parties can prepare their sentencing memoranda and determine the applicability of any potential departures or variances.

IT IS SO STIPULATED.

Dated: April 15, 2019            Respectfully submitted,

                                 NICOLA T. HANNA
                                 United States Attorney

                                 LAWRENCE S. MIDDLETON
                                 Assistant United States Attorney
                                 Chief, Criminal Division


                                        /s/
                                 ROGER A. HSIEH
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

Dated: April 15, 2019
                                        /s/ *authorization via email*
                                 VICTOR SHERMAN

                                 Attorney for Defendant
                                 ALEXANDER TORO HERNANDEZ