NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0600
    Facsimile: (213) 894-0141
    E-mail:   Roger.Hsieh@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-00638-PSG |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING DATE |
| v. | |
| ALEXANDER TORO HERNANDEZ, | **CURRENT SENTENCING DATE:** November 4, 2019 at 10:00 a.m. |
| Defendant. | **[PROPOSED] SENTENCING DATE:** January 13, 2020 at 10:00 a.m. |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Roger A. Hsieh, and defendant ALEXANDER TORO HERNANDEZ ("defendant"), by and through his counsel of record, Victor Sherman, hereby stipulate as follows:

    1.   The Indictment in this case was filed on October 6, 2017, charging defendant with distribution of heroin in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(i) (Count One) and possession with

intent to distribute heroin in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(i) (Counts Two and Three).

    2.   Defendant was detained pending trial.

    3.   On November 7, 2018, defendant pleaded guilty to Count Three of the Indictment, and the Court set a sentencing date of April 1, 2019, at 10:00 a.m.

    4.   On March 13, 2019, the Court continued the sentencing date to April 29, 2019, at 10:00 a.m.

    5.   On April 16, 2019, the Court continued the sentencing date to July 29, 2019, at 10:00 a.m.

    6.   On July 3, 2019, the Court continued the sentencing date to November 4, 2019, at 10:00 a.m.

///
///
///

7. By this stipulation, the parties move to continue the sentencing date to January 13, 2020, at 10:00 a.m., so that the parties can prepare their sentencing memoranda and determine the applicability of any potential departures or variances.

IT IS SO STIPULATED.

Dated: October 29, 2019          Respectfully submitted,

                                 NICOLA T. HANNA
                                 United States Attorney

                                 BRANDON D. FOX
                                 Assistant United States Attorney
                                 Chief, Criminal Division


                                        /s/
                                 ROGER A. HSIEH
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

Dated: October 29, 2019

                                        /s/ *authorization via email*
                                 VICTOR SHERMAN

                                 Attorney for Defendant
                                 ALEXANDER TORO HERNANDEZ

3