NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
ROGER A. HSIEH (Cal. Bar No. 294195)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0600
     Facsimile: (213) 894-0141
     E-mail:    Roger.Hsieh@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-00638-PSG |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING DATE |
| v. | **CURRENT SENTENCING DATE:** January 13, 2020 at 10:00 a.m. |
| ALEXANDER TORO HERNANDEZ, | |
| Defendant. | **[PROPOSED] SENTENCING DATE:** March 23, 2020 at 10:00 a.m. |

   Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Roger A. Hsieh, and defendant ALEXANDER TORO HERNANDEZ ("defendant"), by and through his counsel of record, Victor Sherman, hereby stipulate as follows:

   1.   The Indictment in this case was filed on October 6, 2017, charging defendant with distribution of heroin in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(i) (Count One) and possession with

intent to distribute heroin in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(i) (Counts Two and Three).

    2.   Defendant was detained pending trial.

    3.   On November 7, 2018, defendant pleaded guilty to Count Three of the Indictment, and the Court set a sentencing date of April 1, 2019, at 10:00 a.m.

    4.   On March 13, 2019, the Court continued the sentencing date to April 29, 2019, at 10:00 a.m.

    5.   On April 16, 2019, the Court continued the sentencing date to July 29, 2019, at 10:00 a.m.

    6.   On July 3, 2019, the Court continued the sentencing date to November 4, 2019, at 10:00 a.m.

    7.   On October 30, 2019, the Court continued the sentencing date to January 13, 2020 at 10:00 a.m.

///

///

///

8. By this stipulation, the parties move to continue the sentencing date to March 23, 2020, at 10:00 a.m., so that the parties can prepare their sentencing memoranda and determine the applicability of any potential departures or variances.

IT IS SO STIPULATED.

Dated: December 18, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division


      /s/
ROGER A. HSIEH
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: December 17, 2019

  /s/ *authorization via email*
VICTOR SHERMAN

Attorney for Defendant
ALEXANDER TORO HERNANDEZ